IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

**CRIMINAL CASE NO. 2:12cr17**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| AUSTIN E. TAYLOR. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Bill of Indictment [Doc. 6].

For the reasons stated therein, the motion is granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss the Bill of Indictment [Doc. 6] is hereby **GRANTED** and the Bill of Indictment is hereby **DISMISSED**.

Signed: November 29, 2012

Martin Reidinger
United States District Judge